United States District Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN BRADY | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 23-2369 |
| | § | |
| Social Security Administration | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion for Summary Judgment (Doc. No. 20),; Plaintiff's Motion for Summary Judgment (Doc. No. 22) and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 33) that the Court deny Plaintiff's Motion and grant Defendant's Motion. Plaintiff filed Objections (Doc. No. 34) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that the Administrative Law Judge's decision is supported by substantial evidence. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 34) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 33) is **ADOPTED**; Plaintiff's Motion for Summary Judgment (Doc. No. 22) is **DENIED**; and Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED this ___28th___ day of ___August___ 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE